DANIELLE OCHS-TILLOTSON (SBN 178677)
dot@ogletreedeakins.com
JOHN G. LEE (SBN 238899)
john.lee@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, California 94105
Telephone:   (415) 442-4810
Facsimile:   (415) 442-4870

Attorneys for Defendant
STIEFEL LABORATORIES, INC.

RANDALL M. WIDMANN (SBN 73154)
LAW OFFICES OF RANDALL M. WIDMANN
2479 East Bayshore Road, Suite 703
Palo Alto, California 94303
Telephone:   (650) 424-8400
Facsimile:   (650) 617-6888

Attorneys for Plaintiff
MARK DAVIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DAVIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STIEFEL LABORATORIES, INC.,<br><br>　　　　Defendant. | Case No. C 09-CV-00539-JW<br><br>**STIPULATED DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(A)(1)]** |

1

STIPULATED DISMISSAL OF ACTION WITH PREJUDICE [FRCP 41(A)(1)]

09-CV-00539-JW

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel of record that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

DATED: June 22, 2009

LAW OFFICES OF RANDALL M. WIDMANN

By: _____
RANDALL M. WIDMANN
Attorneys for Plaintiff
MARK DAVIS

DATED: June 22, 2009

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: _____
DANIELLE OCHS-TILLOTSON
Attorneys for Defendant
STEIFEL LABORATORIES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file.

DATED: July 23, 2009          By: _____
                                  UNITED STATES DISTRICT COURT JUDGE